UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QUIWANECA SPIKES,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>CCDC, et al.,<br><br>　　　　　Defendants | Case No. 2:24-cv-00457-APG-DJA<br><br>**ORDER** |

On January 16, 2025, the Court issued an order screening Plaintiff Quiwaneca Spikes' civil rights complaint, dismissing the complaint without prejudice, and granting Plaintiff leave to file an amended complaint. (ECF No. 6). On February 19, 2025, Plaintiff filed a motion requesting a 30-day extension of time to file an amended complaint. (ECF No. 7). The Court finds good cause to extend the deadline as requested.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time (ECF No. 7) is **granted**.

IT IS FURTHER ORDERED that Plaintiff has until **March 20, 2025**, to file an amended complaint in compliance with the Court's January 16, 2025, screening order.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by **March 20, 2025**, this action will be dismissed without prejudice.

DATED: February 24, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE